**Bernardo COSTA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71054.**

Missouri Court of Appeals,
Western District.

March 23, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2010.

Application for Transfer Denied
June 29, 2010.

Bernardo Costa, Appellate pro-se.

Jamie P. Rasmussen, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

## *ORDER*

PER CURIAM:

Bernardo Costa appeals from the Circuit Court of Carroll County's dismissal of his motion to reopen his Rule 29.15 post-conviction proceedings. After a thorough review of the record, we conclude that the correct result was reached. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).